FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

VINCENT M.,

　　　　Plaintiff,

　　　　v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

　　　　Defendant.

No.  1:25-CV-03186-ACE

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

**ECF No. 15 & 13**

　　　**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 15.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Ryan Lu represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

　　　1.　　　The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  The Appeals Council will remand the case to an Administrative Law Judge to:  (1) consider the prior March 2016 decision in accordance with *Chavez v. Bowen*, 844 F.2d 691 (9th Cir. 1988) and Acquiescence Ruling 97-4(9); (2) further evaluate the medical opinion evidence of record; (3)

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

reevaluate Plaintiff's residual functional capacity; (4) obtain supplemental vocational expert evidence, as necessary; and (5) offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

2.    **Judgment shall be entered for PLAINTIFF**.

3.    Plaintiff's Opening Brief, **ECF No. 13**, is **STRICKEN AS MOOT**.

4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 17, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2