AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| VINCENT M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:25-cv-03186-ACE |
| | ) | |
| | ) | |
| FRANK BISIGNANO, | | |
| COMMISSIONER OF SOCIAL SECURITY | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 15, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   ALEXANDER C. EKSTROM

Date:   3/17/2026                           *CLERK OF COURT*

                                            s/Sean F. McAvoy
                                            *Signature of Clerk*